UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY SMITH, | No. 2:15-cv-2534-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SISKIYOU COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has again requested the appointment of counsel.

As plaintiff was previously informed, *see* ECF No. 39, district courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Having considered those factors, the court finds there are no exceptional circumstances in this case. The court will, however, grant plaintiff an extension of time to file a response to defendant Miller's pending motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 46) is denied.  The court *sua sponte* grants plaintiff an extension of time to file his opposition or statement of no opposition to defendant Miller's March 11, 2020 motion to dismiss.  Plaintiff shall file his response to the motion to dismiss within thirty days from the date this order is served.

DATED:  March 24, 2020.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE