1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES ANTHONY SMITH,                         Case No. 2:15-cv-02534-TLN-JDP (PC)

12                    Plaintiff,                    ORDER TO SHOW CAUSE WHY THIS
                                                    CASE SHOULD NOT BE DISMISSED FOR
13            v.                                    FAILURE TO PROSECUTE AND FAILURE
                                                    TO STATE A CLAIM
14    SISKIYOU COUNTY JAIL, *et al.*,
                                                    RESPONSE DUE WITHIN TWENTY-ONE
15                    Defendants.                   DAYS

16

17

18            On August 17, 2021, I screened plaintiff's second amended complaint, notified him that it

19    failed to state a claim, and gave him sixty days to file an amended complaint. ECF No. 63. To

20    date, plaintiff has not filed an amended complaint.

21            To manage its docket effectively, the court imposes deadlines on litigants and requires

22    litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute

23    or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres.*

24    *Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439,

25    1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to

26    administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v.*

27    *Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

28

                                                    1

I will give plaintiff a chance to explain why the court should not dismiss the case for his failure to file an amended complaint.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to state a claim.  Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, a third amended complaint.

IT IS SO ORDERED.

Dated:    November 8, 2021           _____
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE

2