UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SISKIYOU COUNTY JAIL, et al.,<br><br>Defendants. | No.  2:15-cv-02534-TLN-JDP<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 66.)  No objections were filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 22, 2021, are adopted in full;

2. This action is dismissed for failure to prosecute, failure to comply with Court orders,

and failure to state a claim for the reasons set forth in the August 17, 2021 order; and

    3. The Clerk of Court is directed to close the case.

DATED: January 31, 2022

                         Troy L. Nunley
                         United States District Judge